IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNION INSURANCE COMPANY, *
                                         Plaintiff, *
vs. *    No. 4:18-cv-00818-SWW
        *
HASLEY CONSTRUCTION, LLC, *
                                         Defendant. *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed.

IT IS SO ORDERED this 11th day of April 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE